# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

ARNELL ELROD,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-2326
_____

September 15, 2023

Appeal from the Circuit Court for Manatee County; Stephen Mathew Whyte, Judge.

Daniel M. Hernandez of Daniel M. Hernandez, P.A., Tampa, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Jonathan P. Hurley, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

    Affirmed.

NORTHCUTT, VILLANTI, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.